LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Eserve: court@lesstovall.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANNA LOVELESS,<br><br>　　　　　　Plaintiffs,<br><br>Vs.<br><br>WALMART, INC,<br><br>　　　　　　Defendant. | CASE NO.: 2:21-cv-00536-APG-VCF |

## STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES

### (Second Request)

COMES NOW, plaintiff ANNA LOVELESS, by and through her counsel, LESLIE MARK STOVALL, ESQ. of the law office of STOVALL AND ASSOCIATES, and WALMART, INC. by and through its counsel of record, MATTHEW B. BECKSTEAD, ESQ. of the law office of PHILLIPS, SPALLAS & ANGSTADT, LLC, hereby stipulate to extend the remaining deadlines in the current Discovery Plan and Scheduling Order in this matter for a period of 60 days. Pursuant to Local Rule IA 6-1(a), the Parties hereby aver that this is the second such discovery extension requested in this matter.

### DISCOVERY COMPLETED TO DATE

- The Parties conducted their FRCP 26(f) conference on April 8, 2021.

1

- Plaintiff served her FRCP 26(a) Initial Disclosures on April 23, 2021.
- Walmart Inc. served its FRCP 26(a) Initial Disclosures on April 9, 2021.
- Plaintiff served discovery to defendant on April 26, 2021
- Defendant served its discovery responses on June 11, 2021
- Defendant served discovery to plaintiff on July 22, 2021
- Plaintiff served discovery responses to defendant on August 20, 2021
- Plaintiff served her FRCP 26(a) First Supplemental Disclosures on August 20, 2021
- Plaintiff served her Errata to the served First Supplemental Disclosures on August 24, 2021
- Walmart Inc. took Plaintiff's deposition on September 3, 2021
- Walmart Inc. served its FRCP 26(a) Second Supplemental Disclosures on October 6, 2021
- Walmart Inc. served its FRCP 26(a) Third Supplemental Disclosures on October 28, 2021

## **DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY**

Discovery to be completed includes:

- The Parties' continued supplementation of FRCP 26(a) Initial Disclosures as discovery continues.
- Defendant to respond to plaintiff's discovery
- Additional written discovery propounded by and upon Plaintiff and Walmart.
- Depositions of fact additional witnesses.
- Depositions of Plaintiff's treating medical providers.

- Depositions of Plaintiff's employers.
- Depositions of additional Walmart's employees.
- Deposition(s) of Walmart's FRCP 30(b)(6) representative(s).
- FRCP 26(a)(2) designation of initial and rebuttal expert witnesses.
- Depositions of initial and rebuttal expert witnesses.
- FRCP 35 examination of Plaintiff, if necessary.
- Plaintiff's demand for inspection of pharmacy records.
- Receipt of additional HIPAA compliant medical authorizations from Plaintiff.
- Walmart's subpoenaing of additional records from Plaintiff's employers and medical providers.
- Additional written discovery and depositions as the Parties deem necessary.

The Parties aver, pursuant to Local Rule IA 6-1, that good cause exists for the requested extension. The parties request an extension of 60 deadlines in order to complete the above referenced discovery. The Administrative Orders of the Court regarding the Governor's Directives and response to COVID-19 delayed resulting in slowing the completion of discovery within the allotted time frame. This is the second request for an extension of the discovery deadlines. Both attorneys have encountered various scheduling difficulties related to party availability, availability of retained experts, and the respective trial schedules of counsel. Counsel for plaintiff has been preparing for the last three weeks for a trial that is commenced on November 15, 2021. The parties have entered into this agreement in good faith and not for the purposes of delay.

### EXISTING DISCOVERY PLAN

Interim Status Report                                         November 29, 2021

| | |
|---|---|
| Initial Expert Disclosure Deadline | November 29, 2021 |
| Rebuttal Expert Disclosure Deadline | December 30, 2021 |
| Amend Pleadings and Add Parties | October 29, 2021 |
| Discovery Cut-Off Date | January 27, 2022 |
| Dispositive Motion Deadline | February 27, 2022 |
| Proposed Consolidated Pre-Trial Order | March 29, 2022 |

## PROPOSED] NEW DISCOVERY PLAN

| | |
|---|---|
| ~~Interim Status Report~~ | ~~January 28, 2022~~ |
| Initial Expert Disclosure Deadline | January 28, 2022 |
| Rebuttal Expert Disclosure Deadline | February 28, 2022 |
| Amend Pleadings and Add Parties | December 29, 2022 |
| Discovery Cut-Off Date | March 27, 2022 |
| Dispositive Motion Deadline | April 29, 2022 |
| Proposed Consolidated Pre-Trial Order | May 30, 2022 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 18th day of November, 2021.  
STOVALL & ASSOCIATES

/s/ Leslie Mark Stovall
_____
LESLIE MARK STOVALL, ESQ.  
Nevada Bar No. 2566  
2301 Palomino Lane  
Las Vegas, Nevada 8917  
*Attorney for Plaintiff*

DATED this 18th day of November, 2021.  
PHILLIPS, SPALLAS & ANGSTADT, LLC

/s/ Matthew B. Beckstead
_____
MATTHEW B. BECKSTEAD., ESQ.  
Nevada Bar No.  
504 South Ninth Street  
Las Vegas, Nevada 89101  
*Attorney for Defendant*

IT IS SO ORDERED;

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: 11-23-2021