ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
DAVID M. SEXTON, ESQ.
Nevada Bar #14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant Walmart Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANNA LOVELESS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC.; DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00536-APG-VCF<br><br><br><br>**SUBSTITUTION OF COUNSEL** |

Defendant WALMART INC. hereby substitutes the firm of ALVERSON TAYLOR & SANDERS as its attorneys of record in this matter, in the place and instead of the law firm of PHILLIPS SPALLAS & ANGSTADT.

DATED this 16 day of March, 2022.

WALMART INC.

*Matthew Burgess*

On Behalf of
WALMART INC.

The law firm of PHILLIPS SPALLAS & ANGSTADT hereby agrees and consents to the substitution of the firm of ALVERSON TAYLOR & SANDERS as attorneys of record for Defendant WALMART INC. in this matter.

DATED this 15th day of ~~February,~~ March 2022.

PHILLIPS SPALLAS & ANGSTADT

13362

For: Robert K. Phillips, Esq.
504 S. Ninth Street
Las Vegas, NV 89101

The law firm of ALVERSON TAYLOR & SANDERS hereby accepts substitution as attorneys of record for Defendant WALMART INC.

DATED this 16 day of ~~February~~ March, 2022.

ALVERSON TAYLOR & SANDERS

KURT R. BONDS, ESQ.
Nevada Bar #6228
DAVID M. SEXTON, ESQ.
Nevada Bar #14951
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant Walmart Inc.*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  3-17-2022

**CERTIFICATE OF SERVICE VIA CM/ECF**

I hereby certify that on this 16 day of ~~February~~ March, 2022, I did serve, via Case Management/Electronic Case Filing, a copy of the above and foregoing **SUBSTITUTION OF COUNSEL** addressed to:

LESLIE M. STOVALL, ESQ.
Nevada Bar No. 2566
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107

/s/ Leslie Reynolds
An Employee of ALVERSON TAYLOR & SANDERS

3

KRB/86