```
 1  ROBERT K. PHILLIPS, ESQ.
    Nevada Bar No. 11441
 2  TIMOTHY D. KUHLS, ESQ.
    Nevada Bar No. 13362
 3  PHILLIPS, SPALLAS & ANGSTADT LLC
    504 South Ninth Street
 4  Las Vegas, Nevada 89101
    (702) 938-1510
 5  (702) 938-1511 (Fax)
    rphillips@psalaw.net
 6  tkuhls@psalaw.net

 7  *Former Attorneys for Defendant
    Walmart Inc.*
 8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ANNA LOVELESS, individually, | Case No.: 2:21-cv-00536-APG-VCF |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC FROM THE ELECTRONIC SERVICE LIST** |
| v. | |
| WALMART, INC.; DOES I-X and ROE CORPORATIONS I-X, inclusive, | |
| Defendant(s). | |

COMES NOW, former counsel for WALMART INC. ("Defendant" and/or "Walmart"), who hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw those attorneys affiliated with the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, from the service list on the above-captioned matter.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 1 -

Specifically, undersigned counsel requests the following addresses be removed from the electronic service list:

| | | |
|---|---|---|
| Robert K. Phillips | rphillips@psalaw.net, | aayres@psalaw.net, |
| | afoshee@psalaw.net, | creyes@psalaw.net, | dwilson@psalaw.net, |
| | iburton@psalaw.net, | jkephart@psalaw.net, | jpatrick@psalaw.net, |
| | jtang@psalaw.net, | laguilar@psalaw.net, | lrobinson@psalaw.net, |
| | lvmail@psalaw.net, | lwall@psalaw.net, | mcervantes@psalaw.net, |
| | msoto@psalaw.net, | mwessel@psalaw.net, | nhebert@psalaw.net, |
| | tkuhls@psalaw.net | | |

Timothy David Kuhls      tkuhls@psalaw.net, amccarty@psalaw.net

Matthew B. Beckstead    mbeckstead@rlattorneys.com, dwilson@psalaw.net, nhebert@psalaw.net

DATED this 25th day of March 2022.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Former Attorneys for Defendant Walmart Inc.*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  3-25-2022

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March 2022, I served a true and correct copy of the foregoing, **MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC FROM THE ELECTRONIC SERVICE LIST,**

☐ By facsimile addressed to the following counsel of record, at the address listed below:

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Filing/Service Notification through Odyssey File & Serve to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| LESLIE M. STOVALL, ESQ.<br>Nevada Bar No. 2566<br>ROSS H. MOYNIHAN, ESQ.<br>Nevada Bar No. 11848<br>STOVALL & ASSOCIATES<br>2301 Palomino Lane<br>Las Vegas, Nevada 89107 | Phone 702-258-3034<br>Fax    702-258-0093 | Plaintiff |
| KURT R. BONDS, ESQ.<br>Nevada Bar No. 6228<br>DAVID M. SEXTON, ESQ.<br>Nevada Bar No. 14951<br>ALVERSON TAYLOR & SANDERS<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, NV 89149 | Phone 702-384-7000<br>Fax    702-385-7000 | Defendant |

*/s/ Joshua J. Kephart*
_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT, LLC