**SAO**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Eserve: court@lesstovall.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNA LOVELESS,<br><br>          Plaintiffs,<br>Vs.<br><br>WALMART, INC,<br><br>          Defendant. | CASE NO.:  2:21-cv-00536-APG-VCF |

**<u>STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.</u>**

**<u>(First Request)</u>**

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff, JOHN ANDERSON, JR., by and through his attorney Leslie Mark Stovall, Esq. of STOVALL & ASSOCIATES by and WALMART through its counsel of record, PATRICE STEPHENSON-JOHNSON, ESQ. of the law office of ALVERSON TAYLOR & SANDERS that the plaintiff's opposition to defendant's motion for summary judgement currently due on April 18, 2022 be extended to May 2, 2022 Plaintiff's counsel has not been able complete the oppositions due to plaintiff counsel has been in mediations, arbitrations and settlement conferences.

1
2   CASE NO.:  2:21-cv-00536-APG-VCF
    *Loveless v. Walmart*
3   *Stipulation and Order to Extend Time*
4
5   DATED this 14th day of April, 2022.        DATED this 14th day of April 2022.
    STOVALL & ASSOCIATES                        ALVERSON TAYLOR & SANDERS
6
    /s/ Leslie Mark Stovall                    /s/ Patrice Stephenson-Johnson
7   _____           _____
8   LESLIE MARK STOVALL, ESQ.                  PATRICE STEPHENSON-JOHNSON, ESQ.
    Nevada Bar No. 2566                        Nevada Bar # 12283
9   2301 Palomino Lane                         6605 Grand Montecito Parkway, Suite 200
    Las Vegas, Nevada 8917                     Las Vegas, Nevada 89149
10  Attorney for Plaintiff                     Attorney for Defendant
11
12                                             **IT IS SO ORDERED;**
13
                                               _____
14                                             **UNITED STATES DISTRICT JUDGE**
15
                                               **DATED**: April 18, 2022
16
17
18
19
20
21
22
23
24
25
26
27
28

2