LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Eserve: court@lesstovall.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNA LOVELESS,<br><br>　　　　　Plaintiffs,<br><br>Vs.<br><br>WALMART, INC,<br><br>　　　　　Defendant. | CASE NO.: 2:21-cv-00536-APG-VCF |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**(Second Request)**

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff ANNA LOVELESS, through her counsel Leslie Mark Stovall, Esq. of STOVALL & ASSOCIATES, and Defendant WALMART, INC., through its counsel Patrice Stephenson-Johnson, Esq. and David M. Sexton, Esq. of the law office of ALVERSON TAYLOR & SANDERS, that the Plaintiff's time to file her response to Defendant's Motion for Summary Judgment currently due on May 2, 2022 shall be extended to May 9, 2022. Plaintiff's counsel has been working on the response to the Defendant's Motion for Summary Judgment but, due to an unforeseen emergency, counsel has not been able to complete the opposition and requires additional time to do so. The Parties agree that there is good cause for the extension of time, and the requested extension is not for the purposes of delay or any other improper purpose.

1

*CASE NO.: 2:21-cv-00536-APG-VCF*
*Loveless v. Walmart*
*Stipulation and Order to Extend Time*

DATED this 2nd day of May 2022.

STOVALL & ASSOCIATES

*/s/ Leslie Mark Stovall*

LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, Nevada 89107
Attorney for Plaintiff

DATED this 2nd day of May 2022.

ALVERSON TAYLOR & SANDERS

*/s/ David M. Sexton*

PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar No. 12283
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
Attorney for Defendant

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: May 3, 2022