**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar No. 12283
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000 / (702) 385-7000 (Fax)
efile@alversontaylor.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANNA LOVELESS, INDIVIDUALLY, <br><br> PLAINTIFF, <br><br> vs. <br><br> WALMART. INC.; DOES I-X, inclusive, and ROE CORPORATIONS I through X, inclusive, <br><br> DEFENDANT. | Case No.: 2:21-CV-00536-APG-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff ANNA LOVELESS through her counsel Leslie Mark Stovall, Esq. of STOVALL & ASSOCIATES, and Defendant WALMART, INC., through its counsel Kurt R. Bonds, Esq. and Patrice Stephenson-Johnson, Esq., of the law office of ALVERSON TAYLOR & SANDERS, that the Defendant's time to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment ("Reply") due on May 11, 2022, shall be extended to May 19, 2022.  Defendant's counsel has been working on the Reply, however, due to an unforeseen circumstance, counsel has not been able to complete the Reply and requires additional time to do so.

\\\

\\\

KRB27646

The Parties agree that there is good cause for the extension of time, and the requested extension is not for the purposes of delay or any other improper purpose.

| STOVALL & ASSOCIATES | ALVERSON TAYLOR & SANDERS |
|---|---|
| /s/ Les M. Stovall<br>LESLIE MARK STOVALL, ESQ.<br>Nevada Bar No. 2566<br>2301 Palomino Lane<br>Las Vegas, Nevada 89107<br>*Attorney for Plaintiff* | */s/ Patrice Stephenson-Johnson*<br>KURT R. BONDS, ESQ.<br>Nevada Bar No. 6228<br>PATRICE STEPHENSON-JOHNSON, ESQ.<br>Nevada Bar No. 12283<br>6605 Grand Montecito Parkway<br>Suite 200<br>Las Vegas, Nevada 89149<br>(702) 384-7000<br>(702) 385-7000 (Fax)<br>*Attorneys for Defendant<br>Walmart Inc.* |

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
May 18, 2022

KRB27646