**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ANNA LOVELESS,

        Plaintiff(s),

v.

WALMART, INC.,

        Defendant(s).

2:21-cv-00536-APG-VCF

**ORDER**

Before the court is *Anna Loveless v. Walmart, Inc.*, case number 2:21-cv-00536-APG-VCF.

The parties were ordered to file a discovery plan and scheduling order 20 days after the decision on the motion for summary judgment. (ECF NO. 43). Judge Gordon ruled on the motion for summary judgment on January 10, 2023. (ECF No. 44). A discovery plan and scheduling order has not been filed.

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed discovery plan and scheduling order on or before March 10, 2023.

DATED this 28th day of February 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1