LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Eserve: court@lesstovall.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNA LOVELESS,<br><br>                    Plaintiffs,<br>Vs.<br><br>WALMART, INC,<br><br>                    Defendant. | CASE NO.:  2:21-cv-00536-APG-VCF |

### STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES

### (Fifth Request)

COMES NOW, Plaintiff ANNA LOVELESS, by and through her counsel the law office of STOVALL AND ASSOCIATES, and Defendant WALMART, INC. by and through its counsel of record, the law office of ALVERSON TAYLOR & SANDERS, hereby stipulate to extend the remaining deadlines in the current Discovery Plan and Scheduling Order in this matter for a period of 90 days. Pursuant to Local Rule IA 6-1(a), the Parties hereby aver that this is the fifth such discovery extension requested in this matter.

### DISCOVERY COMPLETED TO DATE

- The Plaintiff has made initial disclosures of witnesses and documents and four supplements thereto.

1

- The Defendant has made initial disclosures of witnesses and documents and 5 supplements thereto.
- Both parties have propounded and responded to written discovery.
- Defendant has taken the Plaintiff's deposition.
- Plaintiff has taken the deposition of Defendant employee Mandy Martinez.
- Plaintiff has taken the deposition of Defendant employee Yolanda Casen.
- Defendant has made an initial expert disclosure of expert Reynold Rimoldi.
- Plaintiff has made an initial expert disclosure of expert John Peterson.

**DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY**

Discovery to be completed includes:

- Disclosure by both parties of additional initial expert witnesses and rebuttal experts.
- Additional written and deposition discovery as needed.

The Parties aver, pursuant to Local Rule IA 6-1, that good cause exists for the requested extension. The parties have agreed to request from the court a 90-day extension of the existing discovery deadlines. The first reason for the extension is that the parties are actively attempting to resolve this case through private mediation and have selected a mediator but cannot mediate until the beginning of September. Second, defense counsel has had changes in handling attorneys on this case which has caused a delay in the completion of expert discovery. Third, the plaintiff's counsel has for the past several months been required to travel out of the state on a family matter, which has also caused a delay in the completion of expert discovery. The current deadlines are insufficient to allow the necessary discovery to be performed in advance of the last day for expert disclosures. Given the amount of discovery remaining, the undersigned mutually request a

90-day extension of all deadlines. The parties have entered into this agreement in good faith and not for purposes of delay.

## EXISTING DISCOVERY PLAN

| | |
|---|---|
| Interim Status Report | July 10, 2023 |
| Initial Expert Disclosure Deadline | July 10, 2023 |
| Rebuttal Expert Disclosure Deadline | August 9, 2023 |
| Discovery Cut-Off Date | September 6, 2023 |
| Dispositive Motion Deadline | October 6, 2023 |
| Proposed Consolidated Pre-Trial Order | November 6, 2023 |

## PROPOSED] NEW DISCOVERY PLAN

| | |
|---|---|
| Interim Status Report | October 10, 2023 |
| Initial Expert Disclosure Deadline | October 10, 2023 |
| Rebuttal Expert Disclosure Deadline | November 10, 2023 |
| Discovery Cut-Off Date | December 11, 2023 |
| Dispositive Motion Deadline | January 11, 2024 |
| Proposed Consolidated Pre-Trial Order | February 12, 2024 If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order. |

/ / /

/ / /

/ / /

/ / /

/ / /

1  *CASE NO.: 2:21-cv-00536-APG-VCF*
   *Loveless v. Walmart*
2  *Stipulation and Order to Extend Discovery*
3

4  DATED this 10th day of July 2023.    DATED this 10th day of July 2023.

5  STOVALL & ASSOCIATES                ALVERSON TAYLOR & SANDERS

6  */s/ Ross Moynihan*                  */s/ Madison M. Aguirre*

7  _____         _____
8  ROSS MOYNIHAN, ESQ.                 MADISON M. AGUIRRE, ESQ.
   Nevada Bar No. 11848                Nevada Bar # 16183
9  2301 Palomino Lane                  6605 Grand Montecito Parkway, Suite 200
   Las Vegas, Nevada 8917              Las Vegas, Nevada 89149
10 *Attorney for Plaintiff*             *Attorney for Defendant*

11

12                                     **IT IS SO ORDERED:**

13

14                                     [signature]

15                                     _____
                                       **UNITED STATES MAGISTRATE JUDGE**
16
                                              7-13-2023
17                                     **DATED**: _____

4