**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar No. 16183
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Walmart*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| ANNA LOVELESS, | CASE NO.: 2:21-cv-00536-APG-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND REBUTTAL EXPERT DISCLOSURES** |
| WALMART, INC. DOES I -X and ROE CORPORATIONS I -X inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel of record, that the rebuttal expert disclosure deadline, be extended as set forth below.

. . .

. . .

. . .

. . .

. . .

. . .

1                                                                                      KB/20147-41

Due to the upcoming holiday season and an increase in workload for experts, Defendant's experts requested additional time to complete rebuttal reports. Additionally, Defense counsel merged firms during the end of July and the beginning of August of this year. At this time, Defense counsel lost access to their previous email accounts. Inadvertently, and by innocent mistake, Plaintiff's legal assistant, served the prior initial expert disclosures to Defense counsel's previous email accounts. Said legal assistant has since provided the prior disclosures to Defense counsel's current email accounts. This mistake caused confusion on the part of Defense counsel, also necessitating additional time to organize experts. All parties agree upon and request the following schedule:

| | |
|---|---|
| **Rebuttal Expert Disclosures** | **November 27, 2023** |
| Discovery Cut-Off | December 11, 2023 |
| Dispositive Motions | January 11, 2024 |

**IT IS SO STIPULATED.**

DATED this 13th day of November, 2023

| HALL & EVANS, LLC | STOVALL & ASSOCIATES |
|---|---|
| /s/ Madison M. Aguirre | /s/ Ross Moynihan |
| KURT R. BONDS, ESQ. | LESLIE MARK STOVALL, ESQ. |
| Nevada Bar No. 6228 | Nevada Bar No. 2566 |
| MADISON M. AGUIRRE, ESQ. | ROSS MOYNIHAN, ESQ. |
| Nevada Bar No. 16183 | Nevada Bar No. 11848 |
| 1160 North Town Center Drive | 2301 Palomino Lane |
| Suite 330 | Las Vegas, Nevada 89107 |
| Las Vegas, Nevada 89144 | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | |

# ORDER

Upon Stipulation by counsel of record for all parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the initial and rebuttal expert disclosure deadlines shall be extended as per Stipulation of counsel as follows:

| | |
|---|---|
| **Rebuttal Expert Disclosures** | **November 27, 2023** |
| Discovery Cut-Off | December 11, 2023 |
| Dispositive Motions | January 11, 2024 |

Joint Pretrial Order  February 12, 2024

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

**IT IS SO ORDERED.**

**UNITED STATES ~~DISTRICT COURT~~ JUDGE**
Magistrate

Dated: November 13, 2023

*Respectfully Submitted by:*

HALL & EVANS, LLC

*/s/ Madison M. Aguirre*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar No. 16183
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendant*

**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022