**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNA LOVELESS,<br><br>    Plaintiff<br><br>v.<br><br>WALMART, INC.,<br><br>    Defendant | Case No.: 2:21-cv-00536-APG-MDC<br><br>**Order for Proposed Joint Pretrial Order** |

The proposed joint pretrial order is overdue. *See* ECF No. 51.

I THEREFORE ORDER that the parties shall file a proposed joint pretrial order by March 15, 2024. The failure to do so may result in sanctions, including dismissal of claims and defenses.

DATED this 26th day of February, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE