# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Anna Loveless,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>Walmart, Inc.,<br><br>                    Defendant(s). | **2:21-cv-00536-APG-MDC**<br><br>**Order** |

IT IS ORDERED that the *Motion for Remote Appearance* (ECF No. 62) is GRANTED. Counsel for defendant is responsible for joining defendant's representative, by telephone or other audio-visual means, to the conference. Defendant is reminded that it must disclose in its confidential settlement statement the identity of the representative with settlement authority appearing at the settlement conference.

DATED this 28th day of May 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge