**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Anna Loveless,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Walmart, Inc.,<br><br>　　　　　Defendant(s). | **2:21-cv-00536-APG-MDC**<br><br>**ORDER VACATING SETTLEMENT CONFERENCE** |

On June 20, 2024, the parties submitted a *Joint Notice of Settlement* (ECF No. 64). As such, the Settlement Conference scheduled for July 8, 2024 (*See* ECF No. 61), is now moot.

ACCORDINGLY,

**IT IS ORDERED** that the Settlement Conference scheduled for July 8, 2024 (ECF No. 61) is vacated.

DATED this 28th day of June 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge