**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Walmart*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANNA LOVELESS,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART, INC. DOES I -X and ROE CORPORATIONS I -X inclusive<br><br>    Defendants. | CASE NO.: 2:21-cv-00536-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ANNA LOVELESS and Defendant WALMART, INC., by and through their respective counsel of record, that the claims asserted by Plaintiff ANNA LOVELESS against Defendant WALMART, INC. be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

KB/20147-41

1  This matter is not currently set for trial and the parties request that all pending deadlines
2  and hearings currently set in this case be VACATED.

3  **IT IS SO STIPULATED.**

4  DATED this 15 day of Aug, 2024.           DATED this 31 day of July, 2024.

5  HALL & EVANS, LLC.                          STOVALL & ASSOCIATES

7  KURT R. BONDS, ESQ.                         LESLIE MARK STOVALL, ESQ.
   Nevada Bar #6228                             Nevada Bar No. 2566
8  TANYA M. FRASER, ESQ.                       ROSS MOYNIHAN, ESQ.
9  Nevada Bar #13872                            Nevada Bar No. 11848
   1160 North Town Center Drive                 2301 Palomino Lane
10 Suite 330                                    Las Vegas, NV 89107
   Las Vegas, Nevada 89144                      E-service: court@lesstovall.com
11 (702) 998-1022                               *Attorneys for Plaintiff*
12 nvefile@hallevans.com
   Attorneys for *Defendant Walmart, Inc.*

14  **ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE**

15  **IT IS SO ORDERED.**

17  _____
18  ANDREW P. GORDON
    UNITED STATES DISTRICT JUDGE

19  Respectfully submitted by:                  DATED: August 2, 2024

20  HALL & EVANS, LLC

21  /s/ _____
22  KURT R. BONDS, ESQ.
    Nevada Bar #6228
23  TANYA M. FRASER, ESQ.
    Nevada Bar No. 13872
24  1160 North Town Center Drive, Ste 330
    Las Vegas, Nevada 89144
25  (702) 998-1022
    *Attorneys for WALMART, INC*